IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY S.,[1]

        Plaintiff,

v.

COMMISSIONER, Social Security
Administration

        Defendant.

_____

Civ. No. 3:19-cv-01644-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (ECF No. 24),

and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72.

Although neither party filed objections, the Court reviews the legal principles *de novo*. *United*

*States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes

the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 24)

is adopted. The Commissioner's final decision is REVERSED, and this case is REMANDED on

an open record consistent with Judge Kasubhai's Findings and Recommendation.

///

///

---

[1] In the interest of privacy, the Court uses only the first name and surname initial of non-government parties.

IT IS SO ORDERED.

DATED this 29th of December, 2020.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 – ORDER