IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY S.,[1]

    Plaintiff,

v.

COMMISSIONER, Social Security Administration,

    Respondent.

Civ. No. 3:19-cv-01644-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 42), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 42) is adopted. Plaintiff's application for EAJA fees (ECF No. 28) is GRANTED in part and DENIED in part. Plaintiff is awarded fees in the amount of $10,270.38.

---

[1] In the interest of privacy, the Court uses only the first name and last name initial of non-government parties whose identification could affect Plaintiff's privacy.

1 –ORDER

IT IS SO ORDERED.

DATED this 2nd day of July, 2021.

       /s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER